# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 16-20612
Summary Calendar

————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

NAHUN HUBERTO ALMENDAREZ-VILLAFRANCA, also known as Nahun
Almendarez, also known as Nahun Huberto Almendarez Villafranca,

Defendant-Appellant

United States Court of Appeals
Fifth Circuit

**FILED**
July 17, 2017

Lyle W. Cayce
Clerk

————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CR-165-1

————————

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Nahun Huberto
Almendarez-Villafranca has moved for leave to withdraw and has filed a brief
in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States
v. Flores*, 632 F.3d 229 (5th Cir. 2011). Almendarez-Villafranca has not filed a
response. We have reviewed counsel's brief and the relevant portions of the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 16-20612

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.